# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDIE NOBLE, | : | |
| Plaintiff, | : | 3:20-CV-01876 |
| v. | : | (JUDGE MARIANI) |
| AMAZON.COM SERVICES, INC., | : | |
| Defendant. | : | |

## ORDER

AND NOW, THIS 25TH DAY OF MAY, 2021, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant Amazon.com Services' "Motion to Set Aside Entry of Default and for Leave to Respond to the Complaint" (Doc. 15) is **GRANTED AS FOLLOWS**:

    a. The Clerk of Court is directed to **VACATE** the entry of default (Doc. 7) entered on March 25, 2021.

    b. Within **21 days** of the date of this Order, counsel for Defendant shall answer or otherwise respond to Plaintiff's Complaint (Doc. 1).

2. Plaintiff's Motion for Default Judgment (Doc. 8) is **DENIED AS MOOT**.

_____
Robert D. Mariani
United States District Judge